

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00319-CR

---

### APRIL DAWN LANDRUM, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A17793-0809, Honorable Robert W. Kinkaid, Jr., Presiding

---

December 29, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, April Dawn Landrum, appeals from the trial court's judgment revoking her community supervision, adjudicating her guilty of theft,[1] and sentencing her to nine years' confinement, suspended in favor of ten years' community supervision. Now pending before this Court is Appellant's motion to voluntarily dismiss her appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by

---

[1] *See* TEX. PENAL CODE ANN. § 31.03(e)(6) (West 2019) (second degree felony).

Appellant and her attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.